UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x



LEONARD PINA-RODRIGUEZ,  :
             Plaintiff,  :
   :
v.  :
   :
DOCTOR KENNETH CONICELLI, DDS,  :
Dentist, Fishkill Correctional Facility;  :     **ORDER**
DOCTOR M. SALEH, DDS, Dentist, Fishkill  :
Correctional Facility; DOCTOR BRITTA  :     18 CV 5167 (VB)
VIERECKL-PRAST, DDS, New York State  :
Department of Corrections and Community  :
Supervision Regional Dental Director; MULTI-  :
DIAGNOSTIC SERVICES, INC., and GARY  :
GARBUTT, in their individual capacities,  :
             Defendants.  :

------------------------------------------------------------x

On November 1, 2019, defendants Dr. Kenneth Conicelli, Dr. M. Saleh, and Dr. Britta Viereckl-Prast moved to dismiss plaintiff's amended complaint. (Doc. #49). Plaintiff's opposition to the motion was due November 18, 2019. See Fed. R. Civ. P. 6(d); Local Rule 6.1(b). To date, no response has been filed.

Accordingly, it is HEREBY ORDERED:

1.    The Court sua sponte extends to December 31, 2019, plaintiff's time to oppose the motion to dismiss the amended complaint. Defendants' reply, if any, is due January 14, 2020.

**2.    If plaintiff fails to respond to the motion by December 31, 2019, the motion will be deemed fully submitted and unopposed.**

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

The Clerk is directed to mail a copy of this Order to plaintiff at the address on the docket.

Dated: December 3, 2019
      White Plains, NY

                       SO ORDERED:

                       _____
                       Vincent L. Briccetti
                       United States District Judge