UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
LEONARD PINA-RODRIGUEZ, :
          Plaintiff, :
           : **ORDER**
v. :
           : 18 CV 5167 (VB)
MULTI-DIAGNOSTIC SERVICES, INC.; and :
GARY GARBUTT, :
          Defendants. :
----------------------------------------------------------------x

    The Court conducted an initial conference today, at which plaintiff, proceeding <u>pro se</u>, and counsel for defendant Multi-Diagnostic Services, Inc., appeared by telephone. Accordingly, it is HEREBY ORDERED:

1. By <u>August 6, 2020</u>, defense counsel shall file on the ECF docket (i) any affidavits in his possession respecting Multi-Diagnostic Services, Inc. and U.S. Mobile Imaging, LLC, and (ii) proof of service of such affidavits on plaintiff.

2. A case management conference in this case is scheduled for <u>September 4, 2020, at 9:30 a.m.</u> Plaintiff and defense counsel shall attend the conference by calling the following number and entering the access code when requested:

    **Dial-In Number:**    **(888) 363-4749 (toll free) <u>or</u> (215) 446-3662**

    **Access Code:**    **1703567**

It is the responsibility of defense counsel to make prior arrangements with the appropriate facility to have plaintiff available by telephone at the time of the scheduled conference.

Chambers will mail a copy of this Order to plaintiff at his address on the docket.

Dated: July 30, 2020
       White Plains, NY

                              SO ORDERED:

                              _____
                              Vincent L. Briccetti
                              United States District Judge