```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x
LEONARD PINA-RODRIGUEZ,                         :
                Plaintiff,                      :
                                                :        ORDER
v.                                              :
                                                :        18 CV 5167 (VB)
GARY GARBUTT; U.S. MOBILE IMAGING,              :
LLC; and CORRECTIONAL DIAGNOSTIC                :
IMAGING, INC.,                                  :
                Defendants.                     :
--------------------------------------------------------------x
```

On November 17, 2020, plaintiff, proceeding pro se and in forma pauperis, sent to Judge Briccetti's Chambers a letter requesting an extension of time to respond to defendants Gary Garbutt and U.S. Mobile Imaging, LLC's motion to dismiss, filed on November 3, 2020.

Plaintiff once again improperly addressed his letter to Judge Briccetti's Chambers. **In its December 23, 2019, and March 23, 2020, Orders, the Court instructed plaintiff that all future correspondence must be mailed to the Pro Se Intake Unit at the following address:**

> United States District Court
> Pro Se Intake Unit
> 300 Quarropas St.
> White Plains, NY 10601

**In its March 23 Order, the Court warned plaintiff that it would disregard any future submission improperly addressed and sent directly to Chambers. (Doc. #57). Accordingly, the Court disregards plaintiff's letter.**

**Going forward, the Court will continue to disregard any future submissions plaintiff sends directly to Chambers.**

Nevertheless, in light of plaintiff's pro se status, the Court sua sponte extends to **January 14, 2021**, plaintiff's time to respond to defendants' motion to dismiss. **If plaintiff fails to respond to the motion by January 14, 2021, the motion will be deemed fully submitted and unopposed.**

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

Chambers will mail a copy of this Order to plaintiff at his address on the docket.

Dated: November 30, 2020
      White Plains, NY

SO ORDERED:

_____
Vincent L. Briccetti
United States District Judge