UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------x

LEONARD PINA-RODRIGUEZ,

                Plaintiff,

v.

CORRECTIONAL DIAGNOSTIC IMAGING, INC.,

                Defendant.
--------------------------------------------------------------x

**ORDER**

18 CV 5167 (VB)

     On August 19, 2021, defendant Correctional Diagnostic Imaging, Inc., filed a motion for judgment on the pleadings pursuant to Fed. R. Civ. P. 12(c). (Doc. #95). Defendant served a copy of the motion and all supporting papers on plaintiff, who is proceeding pro se and in forma pauperis, via regular mail. (See Doc. #96 at ECF 14).

     Plaintiff's opposition to defendant's motion was due September 6, 2021. See Fed. R. Civ. P. 6(d); Local Civil Rule 6.1(b). To date, no opposition has been filed.

     Accordingly, it is HEREBY ORDERED:

     1.     The Court sua sponte extends plaintiff's time to oppose defendant's motion for judgment on the pleadings to October 12, 2021. Defendant's reply, if any, is due October 19, 2021.

     2.     **If plaintiff fails to respond to the motion by October 12, 2021, the motion will be deemed fully submitted and unopposed.**

     The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith, and therefore in forma pauperis status is denied for the purposes of an appeal. Cf. Coppedge v. United States, 369 U.S. 438, 444–45 (1962).

     Chambers will mail a copy of this Order to plaintiff at the address on the docket.

Dated: September 20, 2021
       White Plains, NY

                                  SO ORDERED:

                                  Vincent L. Briccetti
                                  United States District Judge